# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0517 & A18A2131.  MAJOR D. EVERETT v. RUFUS PROPERTIES VIDALIA, LLC.

These related cases stem from a dispossessory proceeding against Major Everett, who is represented by attorney Grady Roberts.  The case began in magistrate court.  After an adverse ruling, Everett obtained certiorari review in the state court, which also ruled against him.  The state court's judgment and writ of possession was entered on February 28, 2018. Everett filed a notice of appeal, through Roberts, on March 28, 2018.   Because Roberts has been removed from the rolls of this Court and is not permitted to practice here, we returned the appeal, undocketed, to the state court.  Everett then filed a pro se amended notice of appeal, again seeking a direct appeal from the February 28 judgment.  The state court dismissed the pro se notice of appeal as a nullity, and Everett filed a pro se application for discretionary appeal.

We have sua sponte reconsidered our decision not to docket Everett's direct appeal pursuant to the March 28 notice of appeal.  The appeal has now been docketed as Case No. A18A2131.  The appeal, however, is subject to dismissal because it is untimely.  Although a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within 7 days of the date the judgment was entered.  OCGA § 44-7-56; *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335- 336 (715 SE2d 752) (2011).  Here, Everett filed the notice of appeal 28 days after entry of the state court's order.  Accordingly, the appeal is hereby DISMISSED.  See id.

As to Everett's application for discretionary review, that has been docketed as

Case No. A18D0517.  Upon consideration, it is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/17/2018_____

*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____, *Clerk.*